**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Deandra Loron DAVIS, Defendant–**
**Appellant.**

No. 13–13789

**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

June 23, 2014.

Jason R. Coody, Terry Flynn, Pamela C. Marsh, U.S. Attorney's Office, Tallahassee, FL Robert G. Davies, U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Richard Adam Greenberg, Rumberger Kirk & Caldwell, PA, Tallahassee, FL, for Defendant–Appellant.

Before WILSON, JORDAN, and FAY, Circuit Judges.

PER CURIAM:

Richard A. Greenberg, appointed counsel for Deandra Loron Davis in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Davis's convictions and sentences are **AFFIRMED.**